1  DAVID TIBOR, BAR NO. 230563
   David@tiborlaw.com
2  THE TIBOR LAW FIRM, APC
   27200 Agoura Road, Suite 101
3  Agoura Hills, Ca 91301                                    JS-6
   Telephone: 818.312.1529
4
   Attorneys for Plaintiff
5  KIMOJI BROWN

6
   Jon G. Miller, Bar No. 150702
7  jmiller@littler.com
   Sara Zimmerman, Bar No. 300549
8  szimmerman@littler.com
   LITTLER MENDELSON P.C.
9  18565 Jamboree Road
   Suite 800
10 Irvine, California 92612
   Telephone:   949.705.3000
11 Fax No.:     949.724.1201

12 Attorneys for Defendant
   CAL CLOSETS RETAIL, INC.
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

17 KIMOJI BROWN, an individual,          Case No. 2:20−cv−11631 RGK
                                                 (MRW)
18              Plaintiff,
                                          **ORDER GRANTING
19       v.                               STIPULATION OF DISMISSAL
                                          WITH PREJUDICE**
20 CAL CLOSETS RETAIL, INC., a
   Delaware corporation; and, DOES 1-50,
21 inclusive,

22              Defendant.

23

24

25

26

27

28

## ORDER

Based on the Joint Stipulation filed concurrently herewith and good cause appearing, IT IS HEREBY ORDEREED that the case *Kimoji Brown v. Cal Closets Retail, Inc.; and Does 1 through 20, inclusive,* Case No. 2:20-cv-11631 RGK (MRW) is dismissed with prejudice. Each party is to bear its own respective attorneys' fees and costs. All pending proceedings are further vacated and no further proceedings shall take place.

**IT IS SO ORDERED.**

DATED: ___August 11_____, 2021

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

4824-2908-2353.2 / 104032-1012

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine  CA  92612
949.705.3000

2

ORDER GRANTING STIPULATION OF
DISMISSAL WITH PREJUDICE

## <u>PROOF OF SERVICE</u>

I am employed in the County of Orange, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 18565 Jamboree Road, Suite 800, Irvine, California 92612.

On August 10, 2021, I served the foregoing document(s) described as:

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

on the interested parties by placing  ☐ the original [or] ☒a true copy thereof ☐to interested parties as follows [or] ☒as stated on the below service list:

> David F. Tibor
> THE TIBOR LAW FIRM, A.P.C.
> 27200 Agoura Road, Suite 101
> Calabasas, CA 91301
> Tel: 818-312-1529
> Fax: 818-918-4601
> Email: david@tiborlaw.com
>
> Attorney for Plaintiff, KIMOJI BROWN

as follows:

☐ **BY MAIL (FRCP 5(b)(1)(C)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 18565 Jamboree Road, Suite 800, Irvine, California, 92612, in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY (FRCP 5(b)(1)(F)):** I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery.  Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 18565 Jamboree Road, Suite 800, Irvine, California 92612, in the ordinary course of business.

☐   **BY PERSONAL SERVICE (FRCP 5(b)(1)(B)(i)):**   I caused said documents to be served by having a professional messenger service, _____, personally deliver them to the person(s) at the address(es) noted above.  (A confirmation document of the professional messenger service will be retained in our office.)

☐   **BY FACSIMILE (FRCP 5(b)(1)(E)):**   Pursuant to FRCP 5(b)(1)(E), on _____, at approximately _____ I served the above stated document by facsimile from the facsimile machine of Littler Mendelson whose phone number is (949) 724-1201 to the addressee(s) at the facsimile numbers as stated above.   The facsimile machine used complies with CRC Rule 2.306(h).  Pursuant to CRC Rule 2.306(h) the transmission by facsimile was reported as complete and without error.

☒   **BY ELECTRONIC MAIL WHERE INDICATED:**   Pursuant to FRCP 5(b)(2)(E), I served the foregoing document(s) described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error.  My email address is mamendoza@littler.com.

☐   **BY NOTICE OF ELECTRONIC FILING**, which is a notice automatically generated by the CM/EF system at the time the document(s) listed above was filed with this Court, to lead counsel listed by CM/ECF  as "ATTORNEY TO BE NOTICED."

I hereby certify that I am employed in the Office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 10, 2021, at Irvine, California.

*/s/ Mary Ann Mendoza*
Mary Ann Mendoza

4823-0408-4181.1 / 104032-1012